FILED 7 JUL '20 10:38USDC-ORP

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND DIVISION

Andy Chung

*(Enter full name of plaintiff(s))*

**Plaintiff(s),**

v.

107.5 FM Kristina and all DJs

*(Enter full name of ALL defendant(s))*

**Defendant(s).**

Civil Case No. 3:20-cv-1099-MO
*(to be assigned by Clerk of the Court)*

**COMPLAINT**

Jury Trial Demanded
☐ Yes   ☒ No

## I. PARTIES

*List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.*

**Plaintiff**
Name: Andy Chung
Street Address: 12607 NE 16th St
City, State & Zip Code: Vancouver WA 98684
Telephone No. 360-882-9396

**Defendant No. 1**   Name: _DJ. Kristina_
Street Address: _13333 SW 68th Pkwy Ste 310_
City, State & Zip Code: _Tigard OR 97223_
Telephone No. _(503)-248-1075_

**Defendant No. 2**   Name: _____
Street Address: _____
City, State & Zip Code: _____
Telephone No. _____

**Defendant No. 3**   Name: _____
Street Address: _____
City, State & Zip Code: _____
Telephone No. _____

**Defendant No. 4**   Name: _____
Street Address: _____
City, State & Zip Code: _____
Telephone No. _____

## II. JURISDICTION

*Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. A case involving the United States Constitution or federal laws or treaties is a federal question case. A case in which a citizen of one state sues a citizen of another state and the amount in damages claimed is more than $75,000 is a diversity of citizenship case.*

A.   What is the basis for federal court jurisdiction (*check all that apply*)

☐ Federal Question          ☒ Diversity of Citizenship

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory, or treaty right is at issue? The Court has the jurisdiction of Civil case

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state of citizenship   Vancouver Washington
Defendant(s) state(s) of citizenship   Portland Oregon

### III. STATEMENT OF CLAIMS

#### Claim I

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

I meet these Radio DJs in the year of 1998. They been saying want me to be famous and making movie with them as excuse to harassing me on the air, they been spying on me taking my private life into their reality Radio Show in everyday. No matter how I complaint to them, they would not stop the harassment on air and spying against me, So I posted on Social media as evidence to public, in 2002, if they continue doing this, I will charge them $3 billion and on top of it over $3 million dollar for each day as my wages, I also will prosecute them... However, the harassment on air never been stopped and still continuously to present... The total wage claim is over $25 Billion dollars....

COMPLAINT                                                                                      Page 3
Revised: July 20, 2010

## Claim II

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

In 2003 and 2008, I committed a crime "threat to bomb" and I also crashed my car into the radio business, because of the insanity caused by their Harassment and illegal spying. The radio DJs were prejured and lie to the police report, and hearing, I was in jail and being under the PSRB for 14 years. I couldn't get the right treatment for my depression in last 20 years, because of the radio DJ's wrongful reports.

## Claim III

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

I feel like all the people, family, friends, Loved one should deserve a U$10 million because of their illegal spying against me.

***(If you have additional claims, describe them on another piece of paper, using the same outline.)***

COMPLAINT  
Revised: July 20, 2010

Page 4

## IV. RELIEF

State *briefly* exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.

claim 1 - The radio FM 107.5 owe me wages of over $25 billion, I will like to settle it for $10 billion

claim 2 - I will like all Radio DJS + Manager from 1998 - present must prosecute by laws for 20 years harassments, invasion privacy, prejery and so on ....

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __1__ day of __July__, 20 __20__.

_____
(Signature of Plaintiff(s))